```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   NORTHERN DISTRICT OF CALIFORNIA
 9
10  DONALD F. CHIARIELLO,       )
                                )
11          Plaintiff(s),       )    No. C04-1076 CW (BZ)
                                )
12       v.                     )
                                )    ORDER RE PLAINTIFF'S
13  I.N.G. GROUPE NV,           )    MOTION TO COMPEL
                                )
14          Defendant(s).       )
                                )
15  _____)
```

16      Having reviewed the papers filed by both sides, I find
17 that there is no need for oral argument.  I also find that
18 plaintiff's requests are generally over broad and often not
19 relevant to the claims or defenses presented in this
20 lawsuit.  Plaintiff has not alleged a bad faith claim
21 against defendant, if he can, and it is not permissible to
22 take discovery in this lawsuit for the purpose of preparing
23 for another lawsuit.  See Fed. R. Civ. P. 26(b)(1) advisory
24 committee's notes (2000 amend.).  Ordinarily, I would deny
25 plaintiff's motion since I do not rewrite a party's
26 discovery requests.  However, to expedite the completion of
27 discovery in this matter, **IT IS HEREBY ORDERED** that
28 plaintiff's Motion To Compel, as amended by his reply, is

1

**GRANTED** or **DENIED** as follows:

1. **GRANTED** as to requests number 5 and 9 to the extent they seek documents with respect to the development of the application form, the processing of plaintiff's application, the issuance of his policy, his claim for the loss of the boat, the decision to deny his claim, and defendant's affirmative defense and counterclaims.

2. **GRANTED** as to requests number 1b, c, & d, to the extent that the requests are limited to the claim plaintiff makes in this lawsuit.

3. **DENIED** as to requests number 1a, e, f & g as being over broad or being cumulative to 1b, c & d.

4. **GRANTED** as to 1h to the extent that it seeks the folders of files that are to be produced pursuant to this Order.

5. **DENIED** as to 1i, which seems cumulative of the other requests in that plaintiff is entitled to the documents either electronically or as hard copy but not both unless defendant keeps them both electronically and hard copy.

6. **GRANTED** as to 1j to the extent that it seeks images of the ATTU and documents which relate to the issue of whether plaintiff sailed without a crew.

7. **DENIED** as to request no. 10.

8. **GRANTED** as to request no. 11.

9. With respect to interrogatory no. 13, defendant has 10 days to provide further information if it wishes. If not, defendant will be precluded from producing further

information at trial with respect to these three affirmative defenses.

  10. **DENIED** with respect to interrogatory no. 17. Whether the answer is incorrect is a legal conclusion.

  All documents are to be produced within 20 days. To the extent that this Order encompasses documents as to which defendant asserts the attorney-client privilege, such documents need not be produced but a privilege log pursuant to Rule 26(b)(5) must be produced within 20 days.

Dated: May 11, 2005

       /s/ Bernard Zimmerman
       Bernard Zimmerman
      United States Magistrate Judge

G:\BZALL\-REFS\CHIARIELLO\MOTIONTOCOMPEL.ORDER.wpd

3